IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-8824 |
| v. | ) | |
| | ) | Honorable Milton I. Shadur |
| CAPITAL MANAGEMENT SERVICES INC. | ) | Magistrate Michael T. Mason |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

Defendant, Capital Management Services, LP ("CMS"), moves to dismiss plaintiff's complaint pursuant to Rule 12(b)(6). In support, CMS files contemporaneously herewith and incorporates by reference herein its Memorandum of Law in Support of its Rule 12(b)(6) Motion to Dismiss.

WHEREFORE, defendant, Capital Management Services, LP, requests this Court to dismiss plaintiff's complaint, and for such other and further relief the Court deems just and appropriate.

CAPITAL MANAGEMENT SERVICES, LP

By: ___/s/ Matthew T. Kinst___
One of its attorneys

Joseph P. Kincaid, Esq. (ARDC No. 6202639)
Matthew T. Kinst, Esq. (ARDC No. 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
jkincaid@smbtrials.com
mkinst@smbtrials.com

04762-0010 / 2530806