IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-8824 |
| v. | ) | |
| | ) | Honorable Milton I. Shadur |
| CAPITAL MANAGEMENT | ) | Magistrate Michael T. Mason |
| SERVICES INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: Philip York
2456 East 72nd Street
Chicago, Illinois 60649

**PLEASE TAKE NOTICE** that on **Thursday, February 21, 2013 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in Room 2303, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Defendant's Rule 12(b)(6) Motion to Dismiss**, a copy of which is served upon you.

CAPITAL MANAGEMENT SERVICES, LP

By: /s/ *Matthew T. Kinst*
One of its attorneys

Joseph P. Kincaid, Esq. (ARDC No. 6202639)
Matthew T. Kinst, Esq. (ARDC No. 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
jkincaid@smbtrials.com
mkinst@smbtrials.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendant's Rule 12(b)(6) Motion to Dismiss** was served upon:

Philip York
2456 East 72nd Street
Chicago, Illinois 60649
Pyork1969@gmail.com

**via Electronic Mail and U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 19th day of February, 2013,** from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and accurate.

*Pamela Canington*