IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP YORK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-8824 |
| v. | ) | |
| | ) | Honorable Milton I. Shadur |
| CAPITAL MANAGEMENT | ) | Magistrate Michael T. Mason |
| SERVICES INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Philip York
2456 East 72nd Street
Chicago, Illinois 60649

**PLEASE TAKE NOTICE** that on February 19, 2013, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss**, a copy of which is hereby served upon you.

CAPITAL MANAGEMENT SERVICES, LP

By: /s/ *Matthew T. Kinst*
One of its attorneys

Joseph P. Kincaid, Esq. (ARDC No. 6202639)
Matthew T. Kinst, Esq. (ARDC No. 6296945)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
jkincaid@smbtrials.com
mkinst@smbtrials.com

04762-0010 / 2534600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendant's Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss** was served upon:

Philip York
2456 East 72nd Street
Chicago, Illinois 60649
Pyork1969@gmail.com

**via Electronic Mail and U.S. Mail, proper postage prepaid, before the hour of 5:00 p.m., this 19th day of February, 2013,** from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[✓] Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and accurate.

_____Pamela Canington_____